3 A.3d 1225

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, PLAINTIFF–RESPONDENT, v. J.S., DEFENDANT–PETITIONER, AND B.S., DEFENDANT.

IN THE MATTER OF THE GUARDIANSHIP OF C.S., J.S., AND T.S., MINORS.

September 10, 2010.

ORDERED that the petition for certification is granted, and the order of the Superior Court, Appellate Division, denying defendant's motion to file a notice of appeal as within time is summarily reversed, and the matter is remanded to the Appellate Division for consideration of defendant's appeal on the merits.

3 A.3d 1225

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. EDWIN GONZALEZ, DEFENDANT–PETITIONER.

September 15, 2010.

ORDERED that the petition for certification is granted, the judgment of the Appellate Division is reversed in part, and the matter is summarily remanded to the Superior Court, Law Division, for the entry of an amended judgment of conviction to reflect the appropriate jail credits.